## IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

### Civil Division

| | |
|---|---|
| **VERA LYNN THOMAS** | : |
| 1211 34th Place, SE | : |
| Washington, DC 20019 | : |
| Plaintiff, | : **Civil Case No: 07-cv-00029-RMU** |
| | : |
| v. | : |
| | : |
| **HON. LAWRENCE M. SMALL** | : |
| Smithsonian Institution | : |
| In his official capacity | : |
| 750 Ninth Street, NW | : |
| Washington, DC 20013 | : |
| | : |
| Defendant. | : |

### JOINT REPORT OF LOCAL RULE 16.3 CONFERENCE

Pursuant to LCvR 16.3, the parties hereby report to the Court as follows:

1. <u>Case Scheduling</u>: There are no pending motions. However, defendant believes that some of all of the claims in this case may be resolved through a dispositive motion; plaintiff disagrees.

2. <u>Joinder/Amendment/Narrowing</u>: The parties do not anticipate the necessity to join third parties or to amend the pleadings further. Neither party believes that the legal or factual issues can be narrowed at this time.

1

3. <u>Assignment To Magistrate Judge</u>: The parties do not consent to assignment of this case to a magistrate judge for all purpose.

4. <u>Settlement Possibility</u>: Plaintiff would like this case to be referred to a US. Magistrate judge for mediation. Defendant believes that they need some discovery before they can discuss settlement.

5. <u>Alternative Dispute Procedures</u>: Plaintiff would like this case to be referred to a US. Magistrate judge for mediation. Defendant believes that they need some discovery before they can discuss settlement.

6. <u>Dispositive Motions</u>: Defendant expects to file a dispositive motion upon the close of discovery in this case. The parties suggest that any post-discovery dispositive motion should be filed within sixty (60) days after the close of discovery, that any opposition to that motion should be filed within forty-five (45) days of the filing of the dispositive motion, and that any reply to the opposition should be filed within thirty (30) days of the filing of the opposition.

7. <u>Initial Disclosures</u>: The parties propose that initial disclosures be exchanged by October 1, 2007.

8. <u>Discovery</u>: The parties propose that discovery be completed by April 30, 2008. Interrogatories, requests for production of documents, and requests

for admissions are limited to 25 in number.  The parties are limited to 10 depositions per side with each deposition limited to seven (7) hours.  The parties anticipate that sensitive personal and/or medical information may be exchanged during the course of discovery in this case.  Thus, the parties will submit an appropriate protective order for the Court's approval.  The parties agree that documents in electronic format will be produced in a form as close a s possible to the original, and that the parties will continue to confer as document production becomes imminent.

    9.  <u>Experts</u>:  The parties propose that plaintiff's expert disclosures be served within forty-five (45) days after the entry of the scheduling order, and that defendant's expert disclosures should be served within sixty (30) days after service of plaintiff's expert disclosures.

    10.  <u>Class Action Procedures</u>:  Not applicable.

    11.  <u>Bifurcation of Discovery or Trial</u>:  The parties do not see any need for bifurcation.

    12.  <u>Proposed Date For The Pretrial Conference</u>: The parties propose that the scheduling of a pre-trial date should await the outcome of dispositive motions.

13. <u>Trial Date</u>: The parties propose that the pre-trial and trial be scheduled after the outcome of dispositive motions.

14. <u>Other Matters:</u> None.

Respectfully submitted,

_____        _____

JIMMY A. BELL, Bar # MD14639            **Judith A. Kidwell**
                                        U.S. ATTORNEY'S OFFICE
                                        555 Fourth Street, NW
                                        Room 4818
                                        Washington, DC 20530
                                        (202) 514-7250
                                        Fax: (202) 307-2304

Law Office of Jimmy A. Bell, Esq.       Attorneys for Defendant

9610 Marlboro Pike

Upper Marlboro, Maryland

telephone: 301-599-7620

Attorney for Plaintiff