UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **VERA LYNN THOMAS,** ) | |
| ) | |
| Plaintiff, ) | Civil Action No.: 07-0029 (RMU) |
| ) | |
| v. ) | |
| ) | |
| **HON. LAWRENCE M. SMALL,** ) | |
| ) | |
| Defendant. ) | |

## PRAECIPE

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Heather Graham-Oliver as counsel for defendant in the above-captioned case and withdraw the appearance of Judith Kidwell.

　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　HEATHER GRAHAM-OLIVER
　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　Judiciary Center
　　　　　　　　　　　　　　555 4th St., N.W., Room E-4808
　　　　　　　　　　　　　　Washington, D.C. 20530
　　　　　　　　　　　　　　(202) 305-1334