UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VERA LYNN THOMAS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. Action No. 07-0029 (RMU) |
| ) | ECF |
| LAWRENCE M. SMALL, ) | |
| Secretary of the Smithsonian, ) | |
| ) | |
| Defendant. ) | |

### NOTICE OF SUBSTITUTION OF COUNSEL

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Blanche L. Bruce as counsel of record for Defendant and withdraw the appearance of Assistant United States Attorneys Judith A. Kidwell and Heather Graham-Oliver.

Dated: September 25, 2007              Respectfully submitted,

/s/
JUDITH A. KIDWELL

/s/
HEATHER GRAHAM-OLIVER

/s/
BLANCHE L. BRUCE
D.C. Bar No. 960245
Assistant United States Attorney
555 Fourth St., N.W.
Washington, D.C. 20530
(202) 307-6078