## IN THE UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF COLUMBIA

### Civil Division

| | |
|---|---|
| **VERA LYNN THOMAS** | : |
| 1211 34th Place, SE | : |
| Washington, DC 20019 | : |
| Plaintiff, | : **Civil Case No: 07-cv-00029-RMU** |
| | : |
| v. | : |
| | : |
| **HON. LAWRENCE M. SMALL** | : |
| Smithsonian Institution | : |
| In his official capacity | : |
| 750 Ninth Street, NW | : |
| Washington, DC 20013 | : |
| | : |
| Defendant. | : |

## MOTION FOR LEAVE TO WITHDRAW AS ATTORNEY

COMES NOW Jimmy A. Bell, Esq., attorney for Plaintiff, and respectfully moves this honorable court for leave to withdraw his appearance as attorney of record.

As grounds, Counsel sets forth the following:

1. Attorney Bell signed a retainer agreement with the Plaintiff.

2. Plaintiff terminated Counsel on January 8, 2007.[1]

3. As client has terminated Counsel's representation, Client will clearly not be prejudiced by the granting of this motion.

WHEREFORE, Attorney Bell prays that this Honorable Court grant his Motion for Leave to Withdraw as Attorney of record in the above-captioned case.

---

[1] Counsel for Plaintiff is currently in the 6th day of a jury trial that started on January 14, 2007, Owens v. D.C. CV-05-1729 (AK) here in the United States District court for the District of Columbia.

          Respectfully submitted,


_____/s/_____

Jimmy A. Bell, Esq.

Law Office of Jimmy A. Bell, P.C.

9610 Marlboro Pike

Upper Marlboro, MD 20772

(301) 599-7620

(301) 599-7623 (Fax)

Counsel for Plaintiff

Bar No. MD 14639

Dated: January 11, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that on this 11th day of January 2007, a copy of the foregoing Motion for Leave to Withdraw as Attorney was served, first-class postage prepaid, to the Plaintiff at her last know address.  I further certify that on January 11, 2007, Plaintiff was served with a letter advising her of counsel's intent to file a motion to withdraw and advising her to either have another attorney enter an appearance in the case or, within five days of service of the Motion to Withdraw, notify the Court's Clerk in writing of her intention to proceed pro se or her intention to object to the withdrawal.  These documents were served, first-class postage prepaid to the Plaintiff's last known address of:

VERA LYNN THOMAS
1211 34th Place, SE
Washington, DC 20019
Plaintiff,

_____

Jimmy A. Bell, Esq.

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

Civil Division

| | |
|---|---|
| **VERA LYNN THOMAS** | : |
| 1211 34th Place, SE | : |
| Washington, DC 20019 | : |
| Plaintiff, | : **Civil Case No: 07-cv-00029-RMU** |
| | : |
| v. | : |
| | : |
| **HON. LAWRENCE M. SMALL** | : |
| Smithsonian Institution | : |
| In his official capacity | : |
| 750 Ninth Street, NW | : |
| Washington, DC 20013 | : |
| | : |
| Defendant. | : |

## **ORDER**

Upon review of Attorney Jimmy A. Bell's Motion for Leave to Withdraw as Attorney for Plaintiff , it is this _____ day of _____ 2007,

ORDERED that the Motion for Leave to Withdraw shall be and the same is hereby GRANTED.

_____

United States District Judge

for the District of Columbia

4