UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VERA LYNN THOMAS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 07-0029 (RMU) |
| | ) |
| LAWRENCE M. SMALL, | ) |
| Secretary of the Smithsonian, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**DEFENDANT'S MOTION TO WITHDRAW THE
STIPULATION OF SETTLEMENT AND DISMISSAL**

Defendant Lawrence M. Small, in his official capacity as the Secretary of the Smithsonian, requests that the Stipulation of Settlement and Dismissal be withdrawn. The reasons for the withdrawal are the following:

1. On October 31, 2007, Magistrate Judge Alan Kay held a mediation session in this civil case. Present for the mediation were the plaintiff, the plaintiff's counsel, agency counsel and the undersigned attorney.

2. At the conclusion of the mediation, undersigned counsel understood that the parties had reached an agreement as reflected in the Stipulation of Settlement and Dismissal (herein referred to as the "Stipulation") (Docket 10).

3. On January 3, 2008, undersigned counsel filed that Stipulation based upon a "good faith" belief that the settlement represented what the parties agreed to on October 31, 2007.

4. Since the filing of the Stipulation, in a letter dated January 8, 2008, the plaintiff dismissed her attorney from the case "because of [his] apparent mishandling of [her] case, i.e. this case being filed without my knowledge, review, approval, signature just to name a few items, " and

on January 21, 2008, the plaintiff's counsel filed a motion to withdraw as plaintiff's attorney in this case.

5.      In light of plaintiff's letter, the motion to withdraw as counsel, and the representations which were before this Court that there was "not" an agreement, the Defendant moves to withdraw the Stipulation, and wishes to defend against the plaintiff's civil action.

Dated: January 23, 2008

Respectfully submitted,

/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

/s/_____
 RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

/s/_____
BLANCHE L. BRUCE, D.C. BAR # 960245
Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VERA LYNN THOMAS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>LAWRENCE M. SMALL, )<br>Secretary of the Smithsonian, )<br>)<br>Defendant. )<br>) | Civil Action No. 07-0029 (RMU) |

**ORDER**

UPON CONSIDERATION of Defendant's Motion to Withdraw the Stipulation of Settlement and Dismissal, and the entire record herein, it is on this ___ day of _____, 2008,

ORDERED that Defendant's Motion to Withdraw the Stipulation of Settlement and Dismissal is granted.

_____
United States District Judge