IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

Civil Division

| | |
|---|---|
| **VERA LYNN THOMAS** | : |
| 1211 34th Place, SE | : |
| Washington, DC 20019 | : |
| Plaintiff, | : **Civil Case No: 07-cv-00029-RMU** |
| | : |
| v. | : |
| | : |
| **HON. LAWRENCE M. SMALL** | : |
| Smithsonian Institution | : |
| In his official capacity | : |
| 750 Ninth Street, NW | : |
| Washington, DC 20013 | : |
| | : |
| Defendant. | : |

**PLAINTIFF'S COUNSEL'S EMERGENCY CONSENT MOTION
TO CONTINUE STATUS CONFERENCE SET FOR FEBRUARY 5, 2008**

COMES NOW Jimmy A. Bell, Esq. and the Law Office of Jimmy A. Bell, P.C., and hereby files this Emergency Consent Motion to Continue the Status Conference set for February 5, 2008. For cause, Defendant states as follows:

1. A status conference in the above-captioned matter had been scheduled for February 5, 2008.

2. Plaintiff's Counsel, Jimmy A. Bell, Esq.'s, grandmother (the person who raised him) just died last night (1-31-08) in California. Plaintiff's Counsel is in the process of making funeral arrangements and traveling to California.

3. Plaintiff's Counsel contacted Defense Counsel to ask for consent to the motion.

4. Defense Counsel consents to the motion.

5. The parties ask that the court reset the status conference for February 13, or 14, 2008.

6. For cause described in paragraphs 2-5, Defendant files this Motion for Continuance.

Respectfully Submitted,

_____/s/_____
Jimmy A. Bell, Esq.
Law Office of Jimmy A. Bell, P.C.
9610 Marlboro Pike
Upper Marlboro, MD  20772
(301) 599-7620
(301) 599-7623 (Fax)
Bar# MD14639
Counsel for Plaintiff

## IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

### Civil Division

| | |
|---|---|
| **VERA LYNN THOMAS** <br> 1211 34th Place, SE <br> Washington, DC 20019 <br> Plaintiff, <br><br> v. <br><br> **HON. LAWRENCE M. SMALL** <br> Smithsonian Institution <br> In his official capacity <br> 750 Ninth Street, NW <br> Washington, DC 20013 <br><br> Defendant. | : <br> : <br> : <br> : **Civil Case No: 07-cv-00029-RMU** <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : |

### ORDER

Upon Consideration of the Plaintiff's Consent Motion for Continuance, and in the interest of justice, it is this _____ day of _____, 2008, hereby

ORDERED that Plaintiff's Consent Motion for Continuance is been GRANTED. The Status Conference set for February 5, 2008 is vacated.

_____ <br>
Judge