### IN THE UNITED STATES DISTRICT COURT FOR THE
### DISTRICT OF COLUMBIA

#### Civil Division

| | |
|---|---|
| **VERA LYNN THOMAS** | : |
| 1211 34th Place, SE | : |
| Washington, DC 20019 | : |
| Plaintiff, | : **Civil Case No: 07-cv-00029-RMU** |
| | : |
| v. | : |
| | : |
| **HON. LAWRENCE M. SMALL** | : |
| Smithsonian Institution | : |
| In his official capacity | : |
| 750 Ninth Street, NW | : |
| Washington, DC 20013 | : |
| | : |
| Defendant. | : |

### PLAINTIFF'S CONSENTS TO DEFENDANTS MOTION TO WITHDRAW THE STIPULATION OF SETTLEMENT AND DISMISSAL

COMES NOW Plaintiff through, Jimmy A. Bell, Esq. and the Law Office of Jimmy A. Bell, P.C., and hereby Consents to Defendant's Motion withdraw the Stipulation of Settlement and Dismissal.

1. As stated on the record before this Court, there was "not" an agreement.

2. Plaintiff consents to Defendant's Motion withdraw the Stipulation of Settlement and Dismissal.

Respectfully Submitted,

1

                                        _____/s/_____
Jimmy A. Bell, Esq.
Law Office of Jimmy A. Bell, P.C.
9610 Marlboro Pike
Upper Marlboro, MD  20772
(301) 599-7620
(301) 599-7623 (Fax)
Bar# MD14639
Counsel for Plaintiff