AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

VERA LYNN THOMAS,

       Plaintiff(s)   )   **APPEARANCE**

       vs.   )   CASE NUMBER   07-CV-0029 (RMU)

LAWRENCE M. SMALL,
Secretary of the Smithsonian,
       Defendant(s)

To the Clerk of this court and all parties of record:

Please enter the appearance of __Lisa A. Goldblatt__ as counsel in this
                   (Attorney's Name)

case for: __Plaintiff, Vera Lynn Thomas__
            (Name of party or parties)

February 8, 2008
Date

*Lisa A. Goldblatt* (signature)
Signature

D.C. Bar No. 456187
BAR IDENTIFICATION

Lisa Ann Goldblatt
Print Name

910 17th Street, NW, Suite 800
Address

Washington, DC 20006
City    State    Zip Code

(202) 293-2033
Phone Number