## IN THE UNITED STATE DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| VERA LYNN THOMAS ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 07-CV-0029 (RMU) |
| ) | |
| v. ) | |
| ) | |
| LAWRENCE M. SMALL, ) | |
| Secretary of the Smithsonian, ) | |
| ) | |
| Defendant. ) | |

### NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that Lisa A. Goldblatt, counsel for the Plaintiff, Vera Lynn Thomas, is now located at the address below:

>Lisa A. Goldblatt
>**The Goldblatt Law Firm, PLLC**
>910 17th Street, NW, Suite 800
>Washington, DC 20006
>Telephone: (202) 293-2033
>Facsimile: (202) 293-3596
>Email: lgoldblatt@goldblattlaw.com

Dated: February 8, 2008            Respectfully submitted,

_____/s/_____
LISA A. GOLDBLATT, D.C. Bar No. 456187
The Goldblatt Law Firm, PLLC
910 17th Street, NW, Suite 800
Washington, DC 20006
Telephone: (202) 293-2033
Facsimile: (202) 293-3596

Counsel for Plaintiff, Vera Lynn Thomas