IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

Civil Division

| | |
|---|---|
| **VERA LYNN THOMAS** : <br> 1211 34th Place, SE : <br> Washington, DC 20019 : <br> Plaintiff, : | **Civil Case No: 07-cv-00029-RMU** |
| : | |
| v. : | |
| : | |
| **HON. LAWRENCE M. SMALL** : <br> Smithsonian Institution : <br> In his official capacity : <br> 750 Ninth Street, NW : <br> Washington, DC 20013 : <br> : <br> Defendant. : | |

## SECOND MOTION FOR LEAVE TO WITHDRAW AS ATTORNEY

COMES NOW Jimmy A. Bell, Esq., attorney for Plaintiff, and respectfully moves this honorable court for leave to withdraw his appearance as attorney of record.

As grounds, Counsel sets forth the following:

1. Attorney Bell signed a retainer agreement with the Plaintiff.

2. Plaintiff terminated Counsel on January 8, 2007.

3. Plaintiff has retained new counsel, Lisa Ann Goldblatt who entered her appearance on 2-8-08

4. As client has terminated Counsel's representation, Client has retained new counsel and her new counsel has entered her appearance, Client will clearly not be prejudiced by the granting of this motion.

WHEREFORE, Attorney Bell prays that this Honorable Court grant his Motion for Leave to Withdraw as Attorney of record in the above-captioned case.

1

2

 

Respectfully submitted,

_____/s/_____

Jimmy A. Bell, Esq.

Law Office of Jimmy A. Bell, P.C.

9610 Marlboro Pike

Upper Marlboro, MD 20772

(301) 599-7620

(301) 599-7623 (Fax)

Counsel for Plaintiff

Bar No. MD 14639

## IN THE UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF COLUMBIA

### Civil Division

| | |
|---|---|
| **VERA LYNN THOMAS** | : |
| 1211 34th Place, SE | : |
| Washington, DC 20019 | : |
| Plaintiff, | : **Civil Case No: 07-cv-00029-RMU** |
| | : |
| v. | : |
| | : |
| **HON. LAWRENCE M. SMALL** | : |
| Smithsonian Institution | : |
| In his official capacity | : |
| 750 Ninth Street, NW | : |
| Washington, DC 20013 | : |
| | : |
| Defendant. | : |

### **ORDER**

Upon review of Attorney Jimmy A. Bell's Second Motion for Leave to Withdraw as Attorney for Plaintiff , it is this _____ day of _____ 2008,

ORDERED that Attorney Jimmy A. Bell's Second Motion for Leave to Withdraw shall be and the same is hereby GRANTED.

_____

United States District Judge

for the District of Columbia